J. R. WATKINS COMPANY, Appellant, v. EDWARD W. SHAFFER, Defendant, and HAROLD EVANS et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER LEE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Order denying writ of habeas corpus unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH J. LOVETT, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.